# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Taryn A. Merkl__  DATE: __9/14/21__

DOCKET NUMBER: __21CR466(ARR)__  Zoom LOG #: __9:38-10:38__

DEFENDANT'S NAME: __Benjamin Castellazzo__
__X__ Present  ___ Not Present  __X__ Custody  ___ Bail

DEFENSE COUNSEL: __Jennifer Louis-Jeune__
___ Federal Defender  __X__ CJA  ___ Retained

A.U.S.A: __James McDonald & Devon Lash__  CLERK: __Felix Chin__

INTERPRETER: _____ (Language) _____

__X__ Defendant arraigned on the: __X__ indictment  ___ superseding indictment  ___ probation violation

__X__ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.  __X__ Defendant's first appearance.

- ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
- ___ Defendant advised of bond conditions set by the Court and signed the bond.
- ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__X__ Order of Excludable Delay/Speedy Trial entered. Start __9/14/21__ Stop __10/21/21__

__X__ Rule 5f warnings given to the Govt.  ✓ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

__X__ Status conference set for __10/21/21__ @ __11:00 am__ before Judge __Ross__

Other Rulings: All parties appeared via video/tele conference. Dfse counsel presented a bail application; govt opposed; court denied the application. Order of detention entered.