MINUTE ENTRY FOR CRIMINAL PROCEEDING
**VIA ZOOM VIDEO**

BEFORE MAG. JUDGE   Sanket Bulsara                             DATE :   10/14/2021

DOCKET NUMBER:   21 CR 466  (ARR)                     LOG # :   12:40 – 1:42pm

DEFENDANT'S NAME :   Benjamin Castellazzo  (at USM pens)
     X   Present      ___ Not Present      X   Custody      ___ Bail

DEFENSE COUNSEL:      Jennifer Louis-Jeune
     ___ Federal Defender      X   CJA      ___ Retained

A.U.S.A:  Devon Lash                              CLERK:   SM Yuen

int :                              (Probation)

___ Defendant arraigned on the: ___ information ___ indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.   ___ Waiver of Indictment filed

_X_ Bail HEARING Held.      ___ Defendant's first appearance.

   ___ Bond set at _____ defendant ___ released ___ held pending
          satisfaction of bond conditions.
   ___ Defendant advised of bond conditions and gave permission for the Court to sign the bond on her behalf.
   ___ Surety sworn, advised of bond obligations by the Court and gave permission for the court to sign the bond on his behalf.
   ___ (Additional) surety/ies to co-sign bond _____
   ___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted
___ Temporary Order of Detention Issued.   Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Verbal Order of Excludable Delay/Speedy Trial entered.   Start _____ Stop _____

___ Medical memo issued.

___ Status conference set for _____

Other Rulings :.   Detention hearing held. Court went over both parties' submission . Court denied bail for reasons stated on the record. Order of detention   w/o prejudice continued.