

**Law Office of Jennifer R. Louis-Jeune**

**Jennifer R. Louis-Jeune**
**Kestine Thiele**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM

December 13, 2021

**By ECF & Email**
Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Request for Waiver of In-Person Appearance at Status Conference
*United States v. Russo, et al.*, 21 Cr. 466 (ARR)

Dear Judge Ross:

On behalf of my client, Mr. Benjamin Castellazzo, I respectfully submit this request to waive Mr. Castellazzo's appearance at the status conference currently scheduled for December 17, 2021, at 12 P.M. Mr. Castellazzo wishes to waive his right to appear in-person, pursuant to Federal Rule of Criminal Procedure Rule 43, due to the health concerns and difficulty that come with traveling from the MDC to the Eastern District courthouse.

Mr. Castellazzo is 84 years old and in poor health. The process of transporting him to Court puts a tremendous amount of stress on his body, and as such, he requests that he be allowed to proceed by video or telephone.

Respectfully submitted,

/s/

Jennifer R. Louis-Jeune