

**Law Office of Jennifer R. Louis-Jeune**

**Jennifer R. Louis-Jeune**
**Kestine Thiele**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM

February 22, 2022

**By ECF & Email**
Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Waiver of In-Person Appearance at Upcoming Status Conference
*United States v. Russo, et al.*, 21 Cr. 466 (DG)

Dear Judge Ross:

On behalf of my client, Mr. Benjamin Castellazzo, I respectfully submit this request to appear virtually at the status conference currently scheduled for March 4, 2022 at 11 A.M. I also request that associate counsel for Mr. Castellazzo, Ms. Kestine Thiele, be permitted to appear on my behalf, as I will not be in the Eastern District of New York on that date. Mr. Castellazzo consents to having Ms. Thiele stand in for me at the conference.

Mr. Castellazzo waives his right to appear in-person, pursuant to Federal Rule of Criminal Procedure Rule 43, due to the health concerns and difficulty that come with traveling from the MDC to the Eastern District courthouse. Mr. Castellazzo is 84 years old and in poor health. The process of transporting him to Court puts a tremendous amount of stress on his body, and as such, he requests that he be allowed to proceed by video or telephone.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Jennifer R. Louis-Jeune