

| | |
|---|---|
| **Jennifer R. Louis-Jeune**<br>**Kestine Thiele** | **Law Office of Jennifer R. Louis-Jeune**<br>52 Duane Street, Floor 7<br>New York, New York 10007<br>T: 212. 203. 9058<br>F: 914. 219. 0958<br>JENNIFER@JLJLAW.COM<br>KESTINE@JLJLAW.COM |

March 2, 2022

**By ECF & Email**
Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Waiver of Appearance at Upcoming Status Conference
             *United States v. Russo, et al.*, 21 Cr. 466 (DG)

Dear Judge Gujarati:

    We represent Mr. Benjamin Castellazzo in this matter. In response to this Court's order on March 2, 2022, we write to respectfully request that Mr. Castellazzo's appearance at the status conference scheduled for March 4, 2022, be waived pursuant to Rule 43 of the Federal Rules of Criminal Procedure, due to the health concerns and difficulty that come with traveling from the MDC to the Eastern District courthouse. Mr. Castellazzo is 84 years old and in poor health. The process of transporting him to Court puts a tremendous amount of stress on his body

    Thank you for your consideration of this request.

                                                 Respectfully submitted,

                                                 /s/

                                               Jennifer R. Louis-Jeune
                                               Kestine M. Thiele