

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JPM/DEL
F.# 2020R00637

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 4, 2022

<u>By ECF and E-mail</u>

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Benjamin Castellazzo
              Criminal Docket No. 21-466 (DG) (JRC)

Dear Judge Cho:

      The government respectfully submits this letter in response to defendant Benjamin Castellazzo's application for pretrial release dated March 3, 2022 ("Def. Motion"). See ECF Dkt. No. 245 (filed partially under seal). The sealed submissions and redacted portions indicate that the defendant is experiencing significant health conditions requiring acute care. After consulting with defense counsel concerning the proposed bail package, the government does not oppose the defendant's pretrial release on the proposed bond in the amount of $3.1 million, secured by five suretors[1] and their proposed properties as collateral and the following conditions:

- Travel restricted to New York and New Jersey;

- No contact with any victims or witnesses in the above-captioned case;

- No travel to the office of the Labor Union described in the Indictment;

- Surrender passport by 3/14/2022 and no future applications;

---

      [1] The defendant proposed six suretors, but government objects to one proposed suretor given his connections to members of organized crime.

- Supervision by Pretrial Services, with location monitoring with type to be specified by Pretrial Services, home detention except for attorney visits, court appearances, medical treatment and other activities approved by Pretrial Services; and

- All confessions of judgments will be executed by Wednesday, March 23, 2022.

The government is also conferring with Pretrial Services about any other necessary conditions and will apprise the Court and parties as to any required modifications.

Respectfully submitted,

BREON PEACE
United States Attorney

By: \_\_\_\_\_/s/_____
James P. McDonald
Devon Lash
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (JRC)
Jennifer R. Louie Jeune, Esq. (counsel for the defendant)
Kestine Thiele, Esq. (counsel for the defendant)