MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   James Cho                       DATE :       3/16/2022

DOCKET NUMBER:   22 CR 466 (DG)                 FTR # : 12:04 –12:14 (crtrm 11B by phone)

DEFENDANT'S NAME :   Benjamin Castellazzo
___ Present   ___ Not Present   ___ Custody   _X_ Bail

DEFENSE COUNSEL:   Jennifer Jeune
___ Federal Defender   _X_ CJA   ___ Retained

A.U.S.A:  Devon Lash                       CLERK:   SM Yuen

int :                                                                 (Probation )

___ Defendant arraigned on the: ___ information ___ indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.   ___ Waiver of Indictment filed

_X_ BOND HEARING Held.   ___ Defendant's first appearance.

___ Bond set at _____ defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions and gave permission for the Court to sign the bond on her behalf.

_2_ Surety sworn, advised of bond obligations by the Court and gave permission for the court to sign the bond on his behalf.

___ (Additional) surety/ies to co-sign bond _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Verbal Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Status conference set for _____

**Other Rulings** :