

| | |
|---|---|
| **Jennifer R. Louis-Jeune**<br>**Kestine Thiele** | **Law Office of Jennifer R. Louis-Jeune**<br><br>52 Duane Street, Floor 7<br>New York, New York 10007<br>T: 212. 203. 9058<br>F: 914. 219. 0958<br>JENNIFER@JLJLAW.COM<br>KESTINE@JLJLAW.COM |

April 8, 2022

**Via ECF and E-Mail**
Honorable Diane Gujarati
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> APPLICATION GRANTED
>
> s/ James R. Cho, U.S.M.J.
> 4/8/2022

Re: *United States v. Russo, et al.*, 21 Cr. 466 (DG)

Dear Judge Gujarati:

    We represent Mr. Benjamin Castellazzo in the above-referenced matter, having been appointed as counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on September 14, 2021. We write on behalf of our client to respectfully request that the Court grant a modification to his bail conditions to include religious services as an exception to his location restriction. On March 9, 2022, Mr. Castellazzo was released on bond and has since been fully compliant with all the terms of his release.

    Mr. Castellazzo requests permission to travel on Sundays to St. Mary's Parish, located at 747 West Bay Ave., Barnegat Township, NJ 08005, provided appropriate notice is given to his Pretrial Services officer.

    Pretrial Services and the government consent to the above modification. Thank you for your consideration of this request.

                                       Respectfully submitted,

                                       /s/

                                       Jennifer R. Louis-Jeune, Esq.
                                       Kestine M. Thiele, Esq.