

**Law Office of Jennifer R. Louis-Jeune**

**Jennifer R. Louis-Jeune**
**Kestine Thiele**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM
KESTINE@JLJLAW.COM

May 16, 2022

**By ECF & Email**
Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. Russo, et al.*, 21 Cr. 466 (ARR)

Dear Judge Ross:

    I represent Mr. Benjamin Castellazzo in the above-referenced matter. As I will not be in the Eastern District of New York on May 20, 2022, I ask that associate counsel Kestine Thiele be permitted to stand in for me at the arraignment scheduled for 9 A.M. and status conference scheduled for 11 A.M. Mr. Castellazzo consents to this application.

    Thank you for your consideration of this request.

                                      Respectfully submitted,

                                              /s/

                                      Jennifer R. Louis-Jeune