# GERALD J. MCMAHON
ATTORNEY AT LAW

www.geraldjmcmahon.com
gm@geraldjmcmahon.com

11 BURNHAM COURT
SCOTCH PLAINS, NJ 07076
(908) 347-4670

375 GREENWICH STREET
NEW YORK, NY 10013
(212) 965-4259

November 2, 2022

By ECF

The Honorable Diane Gujarati
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Ralph DiMatteo, et al.
        21 Cr. 466 (S-1) (DG) (JRC)

Dear Judge Gujarati:

    I write on behalf of all defendants except Theodore Persico seeking a thirty-two (32) day extension of time for the defendants to file motions. The present schedule calls for motions to be filed by November 7, 2022. If the extension is granted, the jointly-proposed briefing schedule would be as follows:

    December 9, 2022: Defense Motions
    January 13, 2023: Gov't Opposition & joint letter on proposed trial groups
    January 20, 2023: Defense Replies
    February/March: Status conference to be set at a date/time convenient for the
        Court (with request that time be excluded until that date)

The government, by Assistant United States Devon Lash, consents to this request. This motion for additional time has been made necessary by the voluminous nature of the discovery (10 productions containing double-digit terrabytes of material), and by the fact that plea negotiations are ongoing and serious

                Very truly yours,

                Gerald J. McMahon

GJM:dlg
cc: All Counsel (By ECF)