

**Law Office of Jennifer R. Louis-Jeune**

**Jennifer R. Louis-Jeune**

52 Duane Street, Floor 7
New York, New York 10007
T: 212. 203. 9058
F: 914. 219. 0958
JENNIFER@JLJLAW.COM

January 4, 2023

**Via ECF**
Honorable Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Russo, et al. (Benjamin Castellazzo),* 21 Cr. 466 (HG)

## MOTION TO WITHDRAW AS ATTORNEY

Dear Judge Gonzalez:

    I represent Mr. Benjamin Castellazzo in the above-referenced matter, having been appointed as counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on September 14, 2021.

    I am writing to request to withdraw as the attorney of record in this matter. I accepted a judicial appointment that requires me to close my law practice forthwith. I respectfully request to withdraw, along with associate counsel Kestine Thiele. For case continuity and judicial economy, I respectfully request that co-counsel, Michael Marinaccio remain on the case as lead counsel going forward.

    I have consulted with Mr. Castellazzo regarding this request and will facilitate the transfer of information to new counsel.

                                                  Respectfully requested,

                                                  Jennifer R. Louis-Jeune