

*Ilana Haramati*
*Partner*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

January 17, 2024

**VIA ECF**

Hon. Hector Gonzalez
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 6A S
Brooklyn, NY 11201

  Re: *United States v. Benjamin Castellazzo*, 21-CR-466 (HG)

Dear Judge Gonzalez,

  Michael Marinaccio and I represent defendant Benjamin Castellazzo in the above-referenced case. We write to provide the Court with supplemental materials and information for the Court's consideration in advance of Mr. Castellazzo's January 22, 2024 sentencing.

  Specifically, attached are three letters of support written by Mr. Castellazzo's friends and neighbors.[1] They uniformly recount the care and consideration that Mr. Castellazzo exhibits to those closest to him. Mr. Castellazzo's neighbor Gloria, for example, explains that she is "92 years old," and Mr. Castellazzo "cooks for [her] 5 nights a week." Gloria describes: "[m]y friends and I play cards and other games every day. Ben brings something down to all of us every day. [Whether] it be cake, candy, ice cream, even cut up watermelon." Ex. 1, Gloria Chiocchi Ltr.; *see also* Ex. 1, Emma Caufield Ltr. ("He cooked meals and delivered them to neighbors.").

  Mr. Castellazzo also goes out of his way to drive his neighbors, all of whom are elderly and many of whom do not drive, to their appointments and errands. Mr. Castellazzo's longtime family friend Emma writes that "[h]e offered 'taxi' services to take anyone shopping or to doctor appointments." Ex. 1, Emma Caufield Ltr.; *accord* Ex. 1, Gloria Chiocchi Ltr. ("Ben drives myself and other neighbors to and from doctor visits. He also takes people food shopping, hair cuts, etc.").

  Furthermore, and to his credit, Mr. Castellazzo was for years a devoted caregiver to his wife Sophie, who developed serious and debilitating health conditions in the years prior to her passing. Mr. Castellazzo's longtime friend Emma describes the loving way Mr. Castellazzo tended to his ailing wife: when "[h]is wife developed some medical issues and her health declined," Mr. Castellazzo became her "caregiver 24/7. He was a very caring husband who bathed and dressed

---

[1] The letters of support are attached as Exhibit 1.

his wife. He took over all the household duties as well. This included cleaning, shopping, cooking and whatever else was needed." Ex. 1, Emma Caufield Ltr.; *accord* Ex. 1, Gloria Chiocchi Ltr. ("I know his wife was sick until her passing away 3 years ago. Ben took such good care of her.").

Mr. Castellazzo's family, friends, and neighbors know that "[w]hatever the circumstances," Mr. Castellazzo "is always ready to offer a helping hand." Ex. 1, Emma Caufield Ltr. These attributes are a further basis for the Court to impose a non-Guidelines sentence on Mr. Castellazzo.

Respectfully Submitted,

/s/

Ilana Haramati
Meister Seelig & Fein PLLC
125 Park Ave., 7th Floor
New York, NY 10017

Michael A. Marinaccio
Law Office of Michael A. Marinaccio
245 Main Street, Suite 420
White Plains, NY 10601

*Counsel for Defendant Benjamin Castellazzo*